UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARDEN JOHNSON PETROV,

    Plaintiff,

    v.

THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,

    Defendant.

Case No. 14-cv-04542-DMR

**ORDER TO SHOW CAUSE**

Defendant Department of Health and Human Services's motion to dismiss was filed on May 8, 2015 and is set for a hearing on June 25, 2015. Pursuant to Civil Local Rule 7-3, any brief in opposition to Defendant's motion was due on May 22, 2015, but no such opposition has been received. Plaintiff Alisa Petrov is ordered to respond by **June 3, 2015** and show cause why this action should not be dismissed for failure to prosecute. This order to show cause does not constitute permission to file a late opposition. The hearing and Case Management Conference on June 25, 2015 are VACATED. A new hearing shall be noticed by the court if necessary. If Plaintiff Petrov does not respond by June 3, 2015, this action may be dismissed.

**IT IS SO ORDERED.**

Dated: May 27, 2015



Donna M. Ryu
United States Magistrate Judge