Robert G. Schock, State Bar No. 37682
LAW OFFICES OF ROBERT G. SCHOCK
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 839-7722
Facsimile:   (510) 839-7752

Attorney for Plaintiff
ALISA PETROV

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISA PETROV,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and DOES 1-100, Inclusive,<br><br>　　　　　Defendants. | Case No.: 4:14-cv-04542-DMR<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

　　PLEASE TAKE NOTICE that Plaintiff Alisa Petrov and Defendant The United States Department of Health and Human Services hereby stipulate as follows:

　　1.　On October 10, 2014 a Complaint was filed on behalf of Arden Johnson Petrov with respect to a medical negligence action.  Arden Johnson Petrov passed away on February 20, 2015 and a First Amended Complaint was filed by Plaintiff Alisa Petrov for a wrongful death cause of action.

　　2.　On May 8, 2015, Defendant filed a Motion to Dismiss.

3. Plaintiff Alisa Petrov has filed a Federal tort claim on April 15, 2015 and said claim has not been denied.

4. Plaintiff Alisa Petrov is dismissing this action pending a decision with respect to her tort claim filed April 15, 2015 and will re-file the complaint against Defendant if her claim is denied.

5. This court should dismiss the above-captioned action against Defendant without prejudice.

6. All upcoming hearings and deadlines are hereby vacated.

Respectfully submitted,

Dated: June 1, 2015         MELINDA HAAG
                            United States Attorney

                            /s/ Robin M. Wall
                            ROBIN M. WALL
                            Assistant United States Attorney
                            Attorney for Defendant

Dated: June 1, 2015         LAW OFFICES OF ROBERT G. SCHOCK

                            /s/ Robert E. Schock
                            Attorney for Plaintiff

## [PROPOSED] ORDER

Pursuant to the Stipulation of the Parties, IT IS SO ORDERED. The Clerk is directed to close this case.

Dated: _____, 2015         _____
                                     Hon. Donna M. Ryu
                                     United States Magistrate Judge